CAROLINA DRIVE-UR-SELF, INC., v. JAMES B. MAIDEN, TRADING AND DOING BUSINESS UNDER THE FIRM NAME AND STYLE OF ALLIED ROOFING COMPANY.

(Filed 22 September, 1954.)

APPEAL by defendant from *Whitmire, Special Judge,* July Conflict "A" Term 1954 of BUNCOMBE.

Civil action to recover on rental contract of 8¢ per mile, plus $25.00 per week and 3% sales tax thereon, on automobiles rented and used by the defendant from the plaintiff. The General County Court of Buncombe County entered judgment for the plaintiff in the exact amount prayed for in the complaint. The defendant appealed to the Superior Court, which court overruled each and every one of the defendant's assignments of error and in all respects affirmed the judgment of the General County Court.

The defendant appealed to the Supreme Court assigning errors.

*Ward & Bennett for Plaintiff, Appellee.*
*S. J. Pegram and William J. Cocke for Defendant, Appellant.*

PER CURIAM. Due and careful consideration has been given to each assignment of error presented by the appellant on this appeal, and we find no error in the trial below of sufficient merit to warrant a disturbance of the judgment entered in the Superior Court. The facts are simple. The applicable rules of law well established. There is no need for

further discussion. All the defendant's assignments of error are over-ruled, and the judgment below is

Affirmed.